FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Guillermo SALCIDO-Contreras.<br><br>Defendant. | Magistrate Case No.: '08 MJ 8346<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 23, 2008, within the Southern District of California, defendant Guillermo SALCIDO-Contreras. did knowingly and intentionally import approximately 22.94 kilograms (50.46 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 31, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25TH, DAY OF APRIL 2008.

_____
Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Guillermo SALCIDO-Contreras.

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Joe Morquecho.

On April 23, 2008, at approximately 0955 hours, Guillermo SALCIDO- Contreras entered the United States at the Calexico, California, East Port of Entry. SALCIDO was the driver of a 1990 Honda Civic. Canine Enforcement Officer (CEO) Leon was conducting preprimary operations and screened the vehicle for contraband with his assigned Human Narcotic Detector Dog (HNDD). CEO Leon noted his HNDD alerted to the vehicle and advised Officer Hernandez. Officer Hernandez received a negative oral Customs Declaration from SALCIDO. SALCIDO told Officer Hernandez he was on his way to the Wal-Mart Store and claimed ownership of the vehicle. Officer Hernandez asked Officer Montgomery, who was manning primary lane # 2 to refer SALCIDO and the vehicle to the vehicle secondary lot. Officer Montgomery referred SALCIDO and the vehicle to the vehicle secondary lot for a more intensive inspection.

In the vehicle secondary lot, a subsequent inspection of the vehicle revealed 23 packages in a non-factory installed compartment in the vehicle. Officer Hernandez probed one of the packages and a sample of a green leafy substance was obtained. Officer Almaghraby field tested the green leafy substance, which tested positive for marijuana. The 23 packages had a combined net weight of approximately 22.94 kilograms (50.46 pounds).

SALCIDO was advised of his Constitutional Rights and waived them. SALCIDO stated he had packaged the marijuana and loaded the vehicle. SALCIDO said he was told he would be paid $100.00 per kilogram of marijuana delivered. SALCIDO said he planned on leaving the vehicle at an unknown location with the keys in it.